1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   Bruce L. Shaffer, SBN 062730
2     E-Mail: shaffer@lbbslaw.com
   Charles E. Coleman, SBN 200668
3     E-Mail: ccoleman@lbbslaw.com
   2850 Gateway Oaks Drive, Suite 450
4  Sacramento, California 95833
   Telephone: (916) 564-5400
5  Facsimile: (916) 564-5444

6  Attorneys for Defendant
   WENDY'S INTERNATIONAL, INC.
7

8                   UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

10 | WILLIAM BROCKLEY, TINA       | Case No.: 2:09-CV-01437-GEB-EFB
11 | BROCKLEY,                    |
   |                              | **PROPOSED JOINT STIPULATION**
12 |            Plaintiff(s),     | **SEEKING AMENDMENT OF**
   |                              | **EXPERT DEADLINES; AND ORDER**
13 |      vs.                     | **THEREON**
14 | WENDY'S INTERNATIONAL, INC.  |
15 |            Defendant(s).     |

16

17    On Account of Plaintiff, William Brockely's recent and ongoing medical condition
18 and his resulting lack of availability to participate in this case for a period exceeding the
19 prior estimate, the parties jointly hereby request the necessary and unavoidable continuation
20 of all expert deadlines previously ordered by the Court by (120) days. A Further Amended
21 Joint Status Conference Report including the proposed amended dates has been attached
22 hereto as Exhibit "A".
23    The previously agreed upon time line presently controlling was premised on
24 plaintiff's stationary medical status and his ability to participate and make himself available
25 in a timely manner. The granting of this Stipulation will allow for Plaintiff's necessary
26 participation in this case far enough in advance of the requested continued deadlines
27 thereby allowing for the timely completion of required discovery, including plaintiff's and
28 other depositions and his medical examination(s), prior to required expert disclosures.



4833-0962-0486.1                          -1-
**PROPOSED JOINT STIPULATION SEEKING AMENDMENT OF EXPERT DEADLINES; AND ORDER THEREON**

1   Absent the requested continuance of all expert related deadlines, the parties will be
2 greatly prejudiced and not have the opportunity to complete reasonable and necessary
3 discovery required for expert disclosure.
4   Based on the above, the parties jointly and respectively request the Court's approval
5 of this **PROPOSED JOINT STIPULATION SEEKING AMENDMENT OF EXPERT**
6 **DEADLINES** and the granting of the continuance of expert related deadlines by (120)
7 days.  In the alternative, the parties request the scheduling of an appropriate and first
8 available hearing to address their concerns and the request made by way of this filing.

10 Dated: June ___, 2010                    WEINBERGER LAW FIRM

12                                          By: _____
13                                              Joseph B. Weinberger
                                                Attorneys for Plaintiffs WILLIAM BROCKLEY
                                                & TINA BROCKLEY

16 Dated: June ___, 2010                    LEWIS BRISBOIS BISGAARD & SMITH LLP

19                                          By _____
                                               Bruce L. Shaffer
                                               Charles E. Coleman
20                                             Attorneys for Defendant
                                               WENDY'S INTERNATIONAL, INC.

22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /



4833-0962-0486.1                          -2-
**PROPOSED JOINT STIPULATION SEEKING AMENDMENT OF EXPERT DEADLINES; AND ORDER THEREON**

# [PROPOSED] ORDER

Accordingly, the Court considered the basis for the *Proposed Joint Stipulation* and orders: The date for expert disclosures is continued to December 10, 2010, and the date for rebuttal expert disclosures is continued to January 20, 2011.

Dated: July 15, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge