**WEINBERGER LAW FIRM**
Joseph B. Weinberger, SBN 136798)
1024 Iron Point Road
Folsom, CA  95630
Tel: (916) 357-6767
Fax: (916) 357-6766
Email: joe@weinbergerlaw.net
Attorney for Plaintiffs:
WILLIAM BROCKLEY and TINA BROCKLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| WILLIAM BROCKLEY, TINA BROCKLEY,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CLAUDE McWHORTER,<br><br>et al.,<br><br>　　　　Defendants. | Case No.: 2:09-CV-01437-GEB-EFB<br>[Assigned to Judge Garland E. Burrell, Jr. for all purposes]<br><br>**[PROPOSED] JOINT STIPULATION SEEKING AMENDMENT OF CASE RELATED DISCOVERY DEADLINES; AND ORDER THEREON** |

　　　On Account of the parties' willingness and intent to pursue and complete a scheduled private mediation with Judge Richard L. Gilbert on April 12, 2011 (first available date), the parties jointly seek the necessary and unavoidable further continuation of the discovery and expert related deadlines previously ordered by the Court by approximately thirty (30) days to allow for the pursuit of private mediation, and if necessary, time appropriate extensive discovery. A Further Amended Joint Status Conference Report including the proposed amended deadlines has been attached hereto as Exhibit "A".

[PROPOSED] JOINT STIPULATION SEEKING AMENDMENT OF CASE DATES AND RELATED DEADLINES;
AND ORDER THEREON - 1

The previously agreed upon time line presently controlling was premised on the ability of all parties to fully participate in the discovery process and be prepared to complete mediation in January 2011. Due to circumstances beyond the parties' control, this could not and did not occur. The granting of this Stipulation will allow for the parties to aggressively and meaningfully pursue potential resolution prior to incurring substantial costs that would otherwise greatly prejudice the prospect of informal resolution short of trial.

Based on the above, the parties jointly and respectively request the Court's approval of this PROPOSED JOINT STIPULATION SEEKING AMENDEMENT OF CASE RELATED DISCOVERY DEADLINES and the granting of the continuance of discovery expert deadlines by approximately thirty (30) days. In the alternative, the parties request the scheduling of an appropriate and first available hearing to address their concerns and the request made by way of this filing.

DATED: _____, 2011				WEINBERGER LAW FIRM

						By: _____
						Joseph B. Weinberger, Esq.
						Attorney for Plaintiffs


DATED: _____, 2011				LEWIS BRISBOIS BISGAARD & SMITH, LLP

						By: _____
						Charles C. Coleman, Esq.
						Attorney for Defendant:
						WENDY'S INTERNATIONAL, INC.

[PROPOSED] JOINT STIPULATION SEEKING AMENDMENT OF CASE DATES AND RELATED DEADLINES; AND ORDER THEREON - 2

**[PROPOSED] ORDER**

Accordingly, the Court considered the basis for the Proposed Joint Stipulation, IT IS HEREBY ORDERED that the discovery and expert deadlines be continued by approximately thirty (30) days, as reflected by way of the parties' Further and Necessary Joint Status Conference Report.

**Date:  3/30/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge